UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>AMES ADVANCED MATERIALS CORPORATION,<br><br>    Defendant. | NOTICE OF<br>VOLUNTARY DISMISSAL<br><br>Case No.: 2:17-cv-04069-PGS-LHG |

Plaintiff, JONATHAN PEREZ, by and through the undersigned counsel, hereby stipulates and agrees that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i).

Dated: August 9, 2017

SO ORDERED: /s/ Peter M Murach
DATED: 8/9/16

Respectfully submitted,

s/ Andrew I. Glenn
Andrew I. Glenn, Esq
E-mail: AGlenn@JaffeGlenn.com
New Jersey Bar No.: 026491992
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
New Jersey Bar No.: 02231993
JAFFE GLENN LAW GROUP, P.A.
301 N. Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2017, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Andrew I. Glenn
Andrew I. Glenn, Esquire

## SERVICE LIST

Michael P. Collins, Esq.
Michael Billok, Esq.
BOND, SCHOENECK, & KING, PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
(646) 253-2300
mcollins@bsk.com
mbillok@bsk.com
Attorneys for Defendant